*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 2, 2014                    518362
_____

In the Matter of MIGUEL
    CASTRO,
                        Appellant,

            v                              MEMORANDUM AND ORDER

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____

Calendar Date:  August 4, 2014

Before:  Peters, P.J., Lahtinen, Garry, Devine and Clark, JJ.

_____

        Miguel Castro, Elmira, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Fitzgerald,
J.), entered March 27, 2013 in Chemung County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Commissioner of
Corrections and Community Supervision finding petitioner guilty
of violating a prison disciplinary rule.

        Judgment affirmed.  No opinion.

        Peters, P.J., Lahtinen, Garry, Devine and Clark, JJ.,
concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court